# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Ruby Hollie, Monica White, and Barbara Johnson, individually and on behalf of all others similarly situated,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:15-cv-728-MHS |
| **Home Quality Care Home Health Care, Inc., d/b/a Bethany Homehealth Services,** | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Agreed Motion to Dismiss with Prejudice (Doc. No. 26) filed by the parties in this case, it is hereby:

**ORDERED** that Plaintiffs' claims against Defendant Home Quality Care Home Health Care, Inc. d/b/a Bethany Home Health Services be dismissed *with prejudice* to refiling, and final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

It is **SO ORDERED**.

SIGNED this 23rd day of February, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1